

JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

Katherine J. Weall
*Senior Counsel*
phone: (212) 356-5055
fax: (212) 356-3509
kweall@law.nyc.gov

December 23, 2019

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    Marlene Aloe v. City of New York, et al.
              18 cv 6090 (VSB)

Your Honor:

      Pursuant to Your Honor's Order of June 11, 2019, the parties jointly submit this status letter in advance of the status conference scheduled for January 9, 2020 at 11:00 a.m. to advise Your Honor of the following:

      First, discovery in the case closed on December 12, 2019.

      Second, to date, the parties have not discussed settlement. Both parties intend to file dispositive motions. Nevertheless, the parties remain willing to work together towards a reasonable settlement of the case should the motions not be fully dispositive.

      Finally, as to a briefing schedule for summary judgment motions, the parties have conferred and propose the following to the Court:

- February 4, 2020: opening briefs due
- February 18, 2020: opposition briefs due
- March 3, 2020: reply briefs due

The parties thank the Court for its consideration herein.

Respectfully submitted,

Katherine J. Weall
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Pamela S. Roth Esq.
*Attorney for Plaintiff*
Law Office of Pamela S. Roth, Esq.
2747 Coney Island Avenue
Brooklyn, New York 11235