UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARLENE ALOE,

                                  Plaintiff,

   -against-

THE CITY OF NEW YORK and CORRECTION OFFICERS
"JANE DOES #1-5" Correction Officers as yet unidentified
in their official and individual capacities,

                                  Defendants.

-------------------------------------------------------------------X

NOTICE OF MOTION
**18-CV-6090 (VSB)**

      **PLEASE TAKE NOTICE**, that, upon the Declaration of Pamela S. Roth dated March 2, 2020, the exhibits annexed thereto, the accompanying Memorandum of Law dated March 2, 2020; and upon all prior pleadings and proceedings had herein, Plaintiff Marlene Aloe will move this Court before the Honorable Vernon S. Broderick, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, at at date and time to be determined by the Court, for an Order granting summary judgment to the plaintiff pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as this Court deems just and proper.

Dated: Brooklyn, New York
       March 2, 2020

                                    _____
                                    LAW OFFICE OF PAMELA S. ROTH, ESQ. P.C.
                                    *Attorney for Plaintiff*
                                    *MARLENE ALOE*
                                    2747 Coney Island Avenue
                                    Brooklyn, New York 11235
                                    (888) 466-4884

By: _____
 Pamela S. Roth, Esq.

To:   James E. Johnson
      Corporation Counsel of the City of New York
      Attorney for Defendant City of New York
      100 Church Street, Room 3-204
      New York, New York 10007
      (212) 356-5055
      Attn: Katherine J. Weall, Senior Counsel

18-CV-060909 (VSB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLENE ALOE,

                                Plaintiff,

    against

THE CITY OF NEW YORK and CORRECTION OFFICERS
"JANE DOES #1-5" Correction Officers as yet unidentified
in their official and individual capacities,

                                Defendants.

### NOTICE OF MOTION

**LAW OFFICES OF PAMELA S. ROTH, ESQ. P.C.**
Attorneys for Plaintiff
**MARLENE ALOE**
Office & Post Office Address
2747 Coney Island Avenue
Brooklyn, New York 11235
(888) 466-4884

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney duly admitted to practice law in the State of New York, certifies that, upon information and belief based upon reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: _____     Signature: _____

                              Print Signer's Name: **PAMELA S. ROTH**

        Service of a copy of the within ^ is hereby admitted
Dated,
^
_____
        Attorney(s) for ^