```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARLENE ALOE,                                               :
                                                            :
                              Plaintiffs,                   :
                                                            :        18-CV-6090 (VSB)
            -against-                                       :
                                                            :              ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

On January 9, 2020, I held a post-discovery conference in this case and set a briefing schedule for the parties' proposed cross-motions for summary judgment. The motions were due by March 2, 2020, opposition briefs by March 30, 2020, and replies by April 13, 2020. On March 2, 2020, Defendants filed a motion for summary judgment along with a memorandum of law, declaration, and Local Civil Rule 56.1 Statement and exhibit. (Docs. 52–55.) To date, Plaintiff has not filed any opposition to Defendants' motion.

On March 3, 2020, Plaintiff filed a "Notice of Motion" stating that she intended to move for summary judgment. (Doc. 56.) The notice of motion referenced a declaration, exhibits, and memorandum of law, but no such supporting materials were filed. On March 9, 2020, Plaintiff filed another Notice of Motion, again referencing a declaration, exhibits, and memorandum of law, but only filed a declaration in support. (Docs. 57–58.) On April 1, 2020, Defendants filed a letter asking me to deem Plaintiff's motion abandoned, deem Defendants' motion fully briefed, and waive the requirement of submitting a courtesy hard copy of their motion. (Doc. 59.) To date, Plaintiff has not responded to this letter.

Local Civil Rule 7.1 provides that all motions must include a notice of motion, a memorandum of law, and supporting affidavits and exhibits. In light of Plaintiff's failure to support her purported motion with the required materials, it is hereby:

ORDERED that Plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that Defendants' motion is deemed fully briefed. If Plaintiff seeks vacatur of this designation and wishes to file an opposition to Defendants' motion to dismiss, she shall submit a letter by May 8, 2020, setting forth good cause for her failure to timely file such opposition.

IT IS FURTHER ORDERED that Defendants are not required to submit a courtesy hard copy of their motion for summary judgment.

SO ORDERED.

Dated: April 30, 2020
    New York, New York

_____
Vernon S. Broderick
United States District Judge