```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARLENE ALOE,                                               :
                                                            :
                              Plaintiffs,                   :
                                                            :           18-CV-6090 (VSB)
             -against-                                      :
                                                            :                **ORDER**
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On March 11, 2021, I held a post-discovery conference in this case and directed the parties to propose a briefing schedule for the parties' supplementary summary judgment briefing. The parties proposed and I endorsed on March 23, 2021 a briefing schedule, according to which Defendant's opening brief was due by April 23, 2021, Plaintiff's opposition by May 28, 2021, and Defendant's reply by June 11, 2021. (Doc. 66.) On April 23, 2021, Defendant timely filed its opening brief along with a memorandum of law, declaration, and Local Civil Rule 56.1 Statement and exhibits. (Docs. 69–72.) To date, Plaintiff has not filed any opposition to Defendant's motion. In light of Plaintiff's failure to meet the stipulated deadline for filing her opposition brief, it is hereby:

ORDERED that Plaintiff shall file any opposition to Defendant's summary judgment motion by on or before June 11, 2021. If Plaintiff fails to file any opposition by this time, I shall deem Defendant's motion fully briefed.

IT IS FURTHER ORDERED that the deadline for Defendant to file its reply is extended to June 25, 2021.

SO ORDERED.

Dated: June 2, 2021
      New York, New York

                                      Vernon S. Broderick
                                      United States District Judge