UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARLENE ALOE,

                       Plaintiff,

       -against-

THE CITY OF NEW YORK and CORRECTIONAL
OFFICERS "JANE DOES #1-5" as yet
unidentified in their official and individual
capacities,

                       Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2021
```

18 **CIVIL** 6090 (DLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 29, 2021, Aloe's claims are barred by the preclusive effect of the Grottano Settlement. Summary judgment is therefore awarded to the defendants; accordingly, the case is closed.

**Dated:** New York, New York

        November 29, 2021

                                                      RUBY J. KRAJICK

                                                      Clerk of Court

                             BY:

                                                      Deputy Clerk